# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RICARDO CASTANEDA, | Case No.: 1:19-cv-01327-JLT (HC) |
| Petitioner, | ORDER DIRECTING PETITIONER TO FILE STATUS REPORT |
| v. | |
| W.L. MUNIZ, Chief Deputy Warden, | [FOURTEEN DAY DEADLINE] |
| Respondent. | |

On September 23, 2019, Petitioner filed the instant petition for writ of habeas corpus and a motion for stay and abeyance. (Docs. 1, 2.) On October 10, 2019, the Court granted the stay. (Doc. 5.) Petitioner was directed to file a status report within 60 days of the date of service of that order, and then every 60 days thereafter. (Doc. 5 at 3.). Petitioner filed a status report on November 25, 2019. (Doc. 6.) However, he has not filed a status report since that date and therefore has not complied with the Court's order.

Petitioner is again advised that failure to comply with the Court's orders and time allowances will result in this Court vacating the stay *nunc pro tunc*, and dismissal of the unexhausted claims. Rhines v. Weber, 544 U.S. 269, 278 (2005).

**ORDER**

Accordingly, the Court ORDERS that Petitioner is DIRECTED to file a status report within fourteen days of the date of service of this order.

1

**Failure to do so will result in the Court vacating the stay and dismissing the unexhausted claims.**

IT IS SO ORDERED.

Dated: __**February 13, 2020**__     _____**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE