UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RICARDO CASTANEDA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>W.L. MUNIZ,<br><br>　　　　Respondent. | No. 1:19-cv-01327-DAD-JLT (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING HABEAS PETITION FOR FAILURE TO PROESCUTE AND TO COMPLY WITH A COURT ORDER</u><br><br>(Doc. No. 13) |

Petitioner Jesus Ricardo Castaneda is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 10, 2019, the court granted petitioner's request for a stay of this case pending exhaustion of his claims in state court (Doc. No. 5), and on April 7, 2020, petitioner filed a motion to lift the stay (Doc. No. 10), which the court granted on May 7, 2020 (Doc. No. 11). In the court's order lifting the stay, petitioner was directed to file an amended petition within thirty (30) days. (Doc. No. 11 at 2.) Despite that order, petitioner did not file an amended petition or otherwise communicate with the court.

/////

1

1       Accordingly, on June 25, 2020, the assigned magistrate judge issued findings and
2   recommendations recommending that the petition be dismissed due to petitioner's failure to obey
3   the court's order directing him to file an amended petition and failure to prosecute this habeas
4   action. (Doc. No. 13.)  The findings and recommendations were served upon petitioner and
5   contained notice that any objections thereto were to be filed within twenty-one (21) days after
6   service.  (*Id*. at 3.)  To date, petitioner has not filed any objections and the time in which to do so
7   has passed.[1]

8       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a
9   *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
10  pending findings and recommendations are supported by the record and proper analysis.

11      Having concluded that the pending petition must be dismissed, the court also declines to
12  issue a certificate of appealability.  A petitioner seeking writ of habeas corpus has no absolute
13  right to appeal; he may appeal only in limited circumstances.  *See* 28 U.S.C. § 2253; *Miller-El v.*
14  *Cockrell*, 537 U.S. 322, 335-36 (2003).  If a court denies a petitioner's petition, the court may
15  only issue a certificate of appealability when a petitioner makes a substantial showing of the
16  denial of a constitutional right.  28 U.S.C. § 2253(c)(2).  Where, as here, the court denies habeas
17  relief on procedural grounds without reaching the underlying constitutional claims, the court
18  should issue a certificate of appealability "if jurists of reason would find it debatable whether the
19  petition states a valid claim of the denial of a constitutional right and that jurists of reason would
20  find it debatable whether the district court was correct in its procedural ruling."  *Slack v.*
21  *McDaniel*, 529 U.S. 473, 484 (2000).  In the present case, the court finds that reasonable jurists
22  would not find the court's determination that the pending petition must be dismissed to be
23  debatable or wrong.  Thus, the court declines to issue a certificate of appealability.
24  /////
25  /////
26

---

[1] Both the May 7, 2020 order and the June 25, 2020 findings and recommendations were served on petitioner by mail at his address of record, and neither were returned to the court as undeliverable.

Accordingly,

1. The findings and recommendations issued on June 25, 2020 (Doc. No. 13) are adopted in full;
2. The petition for writ of habeas corpus (Doc. No. 1) is dismissed;
3. The court declines to issue a certificate of appealability; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 11, 2020**                          /s/ Dale A. Drozd
                                                      UNITED STATES DISTRICT JUDGE